IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| ALEXANDER J. DOOLING,<br><br>Plaintiff,<br><br>vs.<br><br>KADRMAS, LEE & JACKSON, INC.,<br>a Montana Corporation,<br><br>Defendant. | No. CV 17-56-H-SEH<br><br>**ORDER** |

The parties' Stipulation to Extend Expert Witness Disclosure Deadlines[1] is

GRANTED as set forth in this Order.

The Court's Scheduling Order of August 9, 2017,[2] is amended as follows:

ORDERED:

| | |
|---|---|
| Plaintiff shall disclose, provide, and file reports of liability and damage experts: (1) in compliance with Fed. R. Civ. P. 26(a)(2); and (2) in compliance with and as specified in paragraph 6 of the Court's Order of August 9, 2017, on or before: | December 29, 2017 |

---

[1] Doc. 17.

[2] Doc. 13.

Defendant shall disclose, provide, and file
reports of liability and damage experts:
(1) in compliance with Fed. R. Civ. P. 26(a)(2);
and (2) in compliance with and as specified
in paragraph 6 of the Court's Order of
August 9, 2017, on or before: January 26, 2018

Plaintiff shall serve and file
Fed. R. Civ. P. 26(a)(2)(A) and (C)
disclosures of all non-retained experts in
compliance with and as specified in paragraph 7
of the Court's Order of
August 9, 2017, on or before: December 29, 2017

Defendant shall serve and file
Fed. R. Civ. P. 26(a)(2)(A) and (C)
disclosures of all non-retained experts in
compliance with and as specified in paragraph 7
of the Court's Order of
August 9, 2017 on or before: January 26, 2018

Absent Court order, a continuance of any deadline set by this Order does not extend any other deadline. All other deadlines established by the Court's Order of August 9, 2017, remain.

Further extensions of deadlines established in this Order are unlikely to be granted.

DATED this 8th day of December, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge