# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| ALEXANDER J. DOOLING,<br><br>Plaintiff,<br><br>vs.<br><br>KADRMAS, LEE & JACKSON, INC., a Montana Corporation,<br><br>Defendant. | No. CV 17-56-H-SEH<br><br>**ORDER** |

FILED
JAN 0 8 2018
Clerk, U.S. District Court
District Of Montana
Helena

The parties having filed a Stipulation to Dismiss with Prejudice,[1]

ORDERED:

The action is DISMISSED with prejudice.

DATED this 9th day of January, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 21.